UNITED STATES, Appellant, v. George BASILIKO, Appellee.

No. 141.

Municipal Court of Appeals for the District of Columbia.

Dec. 29, 1943.

Ray L. Jenkins and John P. Burke, Asst. U. S. Attys., both of Washington, D. C. (Edward M. Curran, U. S. Atty., and John B. Diamond, Asst. U. S. Atty., both of Washington, D. C., on the brief), for appellant.

Charles E. Ford, of Washington, D. C. (H. Clifford Allder, of Washington, D. C., on the brief), for appellee.

Before RICHARDSON, Chief Judge, and CAYTON, and HOOD, Associate Judges.

---

CAYTON, Associate Judge.

This appeal was heard and submitted with United States v. Nick Basiliko, No. 140, D.C.Mun.App., 35 A.2d 185, decided this day. The decision in that case governs here, and requires that the decision of the trial judge granting the motion to quash be reversed.

Reversed and remanded for further proceedings consistent with the opinion of this Court in case No. 140, decided this day.